**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 99-6100**

---

ROOSEVELT POWELL,

Plaintiff- Appellant,

versus

DOCTOR FREUD; MRS. WILLIAM, Nurse; MR. REED,
Nurse,

Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern Dis-
trict of Virginia, at Richmond.  Robert E. Payne, District Judge.
(CA-98-639-3)

---

Submitted:  May 13, 1999

Decided:  May 19, 1999

---

Before WIDENER and MOTZ, Circuit Judges, and BUTZNER, Senior Cir-
cuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Roosevelt Powell, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Roosevelt Powell appeals the district court's orders denying relief on his 42 U.S.C.A. § 1983 (West Supp. 1998) complaint. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Powell v. Freud, No. CA-98-639-3 (E.D. Va. Dec. 11, 1998 & Jan. 12, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED